**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>        Plaintiff,<br><br>  vs.<br><br>ADAMS RESIDENTIAL CONTRACTING, INC.,<br><br>        Defendant. | No. 2:20-cv-00912-BJR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTED FOR HEARING ON SEPTEMBER 18, 2020** |

THIS MATTER having come before the Court on Plaintiff's Motion for Summary Judgment, and the Court having reviewed the records and files herein, including:

1. Plaintiff's Motion for Summary Judgment;

2. Declaration of Erika Floyd with attached Exhibits 1 – 4;

3. Declaration of Paul S. Smith with attached Exhibits 1 – 2;

4. _____;

5. _____; and

6. _____, it is

hereby

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT – 1
Cause No.: 2:20-cv- 00912-BJR

2750700 / 1310.0024

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Summary Judgment is hereby GRANTED.

DONE this _____ day of September, 2020.

_____
THE HONORABLE BARBARA J. ROTHSTEIN

Presented by:

FORSBERG & UMLAUF, P.S.

By: *s/ Paul S. Smith*
Carl E. Forsberg, WSBA # 17025
Paul S. Smith, WSBA #28099
Forsberg & Umlauf, P.S.
901 Fifth Ave., Suite 1400
Seattle, WA  98164
Phone:  (206) 689-8500
Email: cforsberg@foum.law
Email: psmith@foum.law
Attorneys for Plaintiff Developers Surety and Indemnity Company

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT – 2
Cause No.:  2:20-cv- 00912-BJR

2750700 / 1310.0024

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## **CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT on the following individual via the Court's ECF system which will give notice to:

Ms. Linda L. Foreman
Foreman Sturm & Thede, LLP
5825 60th St. S.E.
Snohomish, WA  98290-5104
Email: linda@foremansturm.com

**SIGNED** this 27th day of August, 2020 at Everett, Washington.


*s/ Denise Mary Pope*
Denise Mary Pope

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT – 3
Cause No.:  2:20-cv- 00912-BJR

2750700 / 1310.0024

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX