**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>                Plaintiff,<br><br>        vs.<br><br>ADAMS RESIDENTIAL CONTRACTING, INC.,<br><br>                Defendant. | No.  2:20-cv-00912-BJR<br><br>**DECLARATION OF PAUL SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTED FOR HEARING:**<br>**FRIDAY, SEPTEMBER 18, 2020** |

I, Paul Smith, hereby declare the following:

1.      I am over eighteen years of age and competent to make this declaration of my own personal knowledge.  I am one of the attorneys for plaintiff Developers Surety and Indemnity Company.

2.      Attached as **Exhibit 1** is a true and accurate copy of the complaint filed in *City of Seattle v. Adams Residential Contracting, Inc. and McDowell Northwest Pile King, Inc.*, King County Superior Court cause number 19-2-21001-0 SEA, filed on August 9, 2019.

3.      Attached as **Exhibit 2** is a true and accurate copy of a Certificate of Liability Insurance, with attached endorsement, produced by defendant with its initial disclosures and Bates stamped Foreman Sturm000001-7.

Declaration of Paul Smith in Support of Plaintiff's Motion for Summary Judgment – 1
Cause No.:  2:20-cv- 00912-BJR

2731990 / 1310.0024

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Signed and dated this 27th day of August, 2020 at Seattle, Washington.

*s/ Paul S. Smith*
Paul S. Smith

Declaration of Paul Smith in Support of Plaintiff's Motion for Summary Judgment – 2
Cause No.:  2:20-cv- 00912-BJR

2731990 / 1310.0024

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing DECLARATION OF PAUL S. SMITH WITH EXHIBITS on the following individual via the Court's ECF system which will give notice to:

Ms. Linda L. Foreman
Foreman Sturm & Thede, LLP
5825 60th St. S.E.
Snohomish, WA  98290-5104
Email: linda@foremansturm.com

**SIGNED** this 27th day of August, 2020 at Everett, Washington.

*s/ Denise Mary Pope*
Denise Mary Pope

Declaration of Paul Smith in Support of Plaintiff's Motion for Summary Judgment – 3
Cause No.:  2:20-cv- 00912-BJR

2731990 / 1310.0024

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX