**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ADAMS RESIDENTIAL CONTRACTING, INC.,<br><br>Defendant. | No. 2:20-cv-00912-BJR<br><br>**PLAINTIFF'S ANSWER TO COUNTERCLAIMS** |

Plaintiff Developers Surety and Indemnity Company, by and through Forsberg & Umlauf, P.S., its attorneys of record, answers Defendant Adams Residential Contracting, Inc.'s Answer and Counterclaim as follows.

1.1 to 5.12   Paragraphs 1.1 to 5.12 of Defendant's Answer do not require an answer from Plaintiff. To the extent an answer is required, Plaintiff denies the same.

### ANSWER TO COUNTERCLAIMS

6.1   The allegations in paragraph 6.1 of Defendant's Counterclaims do not require an answer. To the extent an answer is required, Plaintiff denies the same.

6.2   The allegations in paragraph 6.2 of Defendant's Counterclaims do not require an answer. To the extent an answer is required, Plaintiff denies the same.

PLAINTIFF'S ANSWER TO COUNTERCLAIMS – 1
Cause No.:  2:20-cv- 00912-BJR

2750587 / 1310.0024

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

7.1 Plaintiff restates and realleges its answers to paragraphs 1.1 to 6.2 and incorporates them by reference as if fully set forth here.

7.2 Plaintiff admits it is currently funding Defendant's defense in the Underlying Lawsuit; that it has no duty to defend or indemnify Defendant; and that it is entitled to recoup all sums paid to defend any claims not covered under its Policy.

7.3 Answering the allegations contained in paragraph 7.3 of Defendant's Counterclaims, Plaintiff denies the same.

7.4 Answering the allegations contained in paragraph 7.3 of Defendant's Counterclaims Plaintiff denies any duty to defend or indemnify Defendant in connection with the Underlying Lawsuit.

7.5 To the extent the allegations contained in paragraph 7.5 of Defendant's Counterclaim require an answer, Plaintiff denies the same.

7.6 To the extent the allegations contained in paragraph 7.6 of Defendant's Counterclaim require an answer, Plaintiff denies the same.

8.1 Plaintiff restates and realleges its answers to paragraphs 1.1 to 7.6 and incorporates them by reference as if fully set forth here.

8.2 Denied.

8.3 Denied.

Plaintiff denies Defendant's prayer for relief in its entirety.

PLAINTIFF'S ANSWER TO COUNTERCLAIMS – 2
Cause No.: 2:20-cv- 00912-BJR

2750587 / 1310.0024

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1     Dated this 27th day of August, 2020.

*s/ Paul S. Smith*
Carl E. Forsberg, WSBA # 17025
Paul S. Smith, WSBA #28099
Forsberg & Umlauf, P.S.
901 Fifth Ave., Suite 1400
Seattle, WA  98164
Phone:  (206) 689-8500
Email: cforsberg@foum.law
Email: psmith@foum.law
Attorneys for Plaintiff Developers Surety and Indemnity Company

PLAINTIFF'S ANSWER TO COUNTERCLAIMS – 3
Cause No.:  2:20-cv- 00912-BJR

2750587 / 1310.0024

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing PLAINTIFF'S ANSWER TO COUNTERCLAIMS on the following individual via the Court's ECF system which will provide notice to:

Ms. Linda L. Foreman
Foreman Sturm & Thede, LLP
5825 60th St. S.E.
Snohomish, WA  98290-5104
Email: linda@foremansturm.com

**SIGNED** this 27th day of August, 2020, at Everett, Washington.

*s/ Denise Mary Pope*
Denise Mary Pope

PLAINTIFF'S ANSWER TO COUNTERCLAIMS – 4
Cause No.:  2:20-cv- 00912-BJR

2750587 / 1310.0024

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX