**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ADAMS RESIDENTIAL CONTRACTING, INC.,<br><br>Defendant. | No.  2:20-cv-00912-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>**(CLERK'S ACTION REQUIRED)** |

## I. STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 10th day of December, 2020.   Dated this 10th day of December, 2020.

FORSBERG & UMLAUF. P.S.                   FOREMAN STURM & THEDE, LLP

*s/Carl E. Forsberg*                      *s/Linda L. Foreman*
Carl E. Forsberg, WSBA #17025             Linda L. Foreman, WSBA #11817
Paul S. Smith, WSBA #208099               Attorneys for Defendant Adams Residential
Attorneys for Plaintiff Developers Surety and   Contracting, Inc.
Indemnity Company

Stipulation and Order of Dismissal of All Claims With Prejudice – 1
Cause No.:  2:20-cv- 00912-BJR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

2823225 / 1310.0024

## II. ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DATED: December 14, 2020

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

FORSBERG & UMLAUF. P.S.

*s/Carl E. Forsberg*
Carl E. Forsberg, WSBA #17025
Paul S. Smith, WSBA #208099
Attorneys for Plaintiff Developers Surety and Indemnity Company

Approved as to form;
Notice of presentation waived:

FOREMAN STURM & THEDE, LLP

*s/Linda L. Foreman*
Linda L. Foreman, WSBA #11817
Attorneys for Defendant Adams Residential Contracting, Inc.

Stipulation and Order of Dismissal of All Claims With Prejudice – 2
Cause No.:  2:20-cv- 00912-BJR

2823225 / 1310.0024

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX